**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61490-CIV-SMITH**

ROBERT LEE DARBY, II,

Plaintiff,

v.

BROWARD SHERIFF'S DEPT., *et al.*,

Defendants.
_________________________________/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This matter is before the Court upon Magistrate Judge Shaw Wilder's Report and Recommendation to Dismiss Case Without Prejudice [DE 16]. This case was originally assigned to Magistrate Judge Detra Shaw-Wilder, who, on August 24, 2026, dismissed the case without prejudice for failure to state a claim. [DE 11]. Plaintiff was given until September 25, 2026, to file an amended complaint and an amended motion to proceed *in forma pauperis*. [*Id.*]. The Order expressly warned that failure to comply could result in dismissal. [*Id.*]. That deadline has passed, and Plaintiff has not complied.

Because Judge Shaw-Wilder lacked authority to enter a dispositive order in this case, she issued a Report and Recommendation on September 29, 2026, recommending dismissal without prejudice for Plaintiff's failure to file an amended complaint and an amended motion to proceed *in forma pauperis* as ordered. [DE 16.] No objections have been filed.

Having considered Judge Shaw-Wilder's Report and Recommendation [DE 16] and conducted a *de novo* review, the Report and Recommendation is **AFFIRMED** and **ADOPTED** as the Order of this Court. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE**.

2. All pending motions are otherwise **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 14th day of October, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record